UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re Baycol Products Litigation — MDL No. 1431 (MJD/JGL)

This Document Relates to:

Srsich, et al. v. Bayer Corporation, et al., — Civil No. 01-2413

---

ORDER

Upon consideration of the Stipulation of Dismissal filed August 19, 2002, this matter is hereby dismissed without prejudice. Each party to bear their own costs.

Date: August 20, 2002

Michael J. Davis
Michael J. Davis
United States District Court

FILED AUG 2 . 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK